IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02405-MJW

JOSEPH EDWARD MARTINEZ,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion to Enter Stipulated Protective Order (docket no. 21) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 8 sub-paragraph captioned "Judicial Intervention" and in paragraph 9 and made an Order of Court.

      It is FURTHER ORDERED that the parties shall use case number **12-cv-02405-MJW** for all future filings with this court noting that pursuant to 28 U.S.C. § 636 (c), Magistrate Judge Watanabe will be conducting all further proceedings in this case. Judge Martinez is no longer the presiding judge in this case.

Date: August 21, 2013