IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02405-MJW

JOSEPH EDWARD MARTINEZ,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Extend Case Deadlines (Docket No. 22) is GRANTED. The Scheduling Order (Docket No. 14) is amended to extend the deadline for expert disclosures to September 27, 2013, rebuttal experts disclosures to October 18, 2013, the discovery cut-off to October 30, 2013, and the dispositive motions deadline to November 22, 2013.

Date: August 21, 2013