IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02405-MJW

JOSEPH EDWARD MARTINEZ,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Hartford Underwriters Insurance Company's Unopposed Motion to Take Deposition of a Confined Person and to Amend Minute Order (Docket No. 33) is GRANTED.  The court's previous Order (Docket No. 32) is amended as follows:

1. Leave is given, as required by Fed. R. Civ. P. 30(a)(2)(B), for Defendant Hartford Underwriters Insurance Company to take a one-day deposition of Joseph Ryan Martinez at his place of confinement, the Pueblo County Detention Center, located at 909 Court Street, Pueblo, Colorado 81003, on October 24, 2013 at 9:00 a.m.;

2. Defendant Hartford Underwriters Insurance Company shall be permitted to take a one-day deposition of Plaintiff Joseph E. Martinez on November 8, 2013, *commencing promptly at 8:30 a.m.*, at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, in courtroom A502; and

3. The deposition of Plaintiff Joseph E. Martinez shall be conducted pursuant to the security arrangements, orders, and admonitions as set forth in paragraphs 1-3 of the court's previous Order (Docket No. 32).

Date: October 15, 2013