IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02405-MJW

JOSEPH EDWARD MARTINEZ,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Modify Order Re: Completion of Plaintiff's Deposition (Docket No. 35) is DENIED.  The court's previous Orders (Docket Nos. 32 & 34) regarding the deposition of plaintiff Joseph E. Martinez remain in effect.

Date: October 29, 2013