IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02405-MJW

JOSEPH EDWARD MARTINEZ,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify Scheduling Order (Docket No. 38) is GRANTED.  The Scheduling Order (Docket No. 14) is amended to extend the deadline for expert disclosures to December 4, 2013, rebuttal experts disclosures to December 26, 2013, the discovery cut-off to December 28, 2013, and the dispositive motions deadline to January 8, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for December 4, 2013 is VACATED.  The Final Pretrial Conference is RESET for February 10, 2014 at 11:00 a.m.

Date: November 7, 2013