IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02405-MJW

JOSEPH EDWARD MARTINEZ,

Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Second Unopposed Motion to Modify Scheduling Order (Docket No. 40) is GRANTED.  The Scheduling Order (Docket No. 14) is amended to extend the deadline for expert disclosures to January 2, 2014, rebuttal experts disclosures to January 23, 2014, the discovery cut-off to January 24, 2014, and the dispositive motions deadline to February 5, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for February 10, 2014 at 11:00 a.m. is VACATED.  The Final Pretrial Conference is RESET for March 10, 2014 at 1:30 p.m.

Date: January 15, 2014